JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL CLIFFORD YOUNG, | Case No. CV 17-08995-MWF (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

Dated: August 20, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge